IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO.: 08-08321-BKT |
| EL LEGADO CHI CHI RODRIGUEZ | * | |
| GOLF RESORT, S.C.S.E. | * | |
| | * | |
| DEBTOR | * | CHAPTER 11 |

\* ANSWER TO PETITION \*

**TO THE HONORABLE COURT:**

Comes now **POTREROS MATOS, INC., AND TMG CORPORATION, INC.**, through the undersigned attorney and set forth as follows:

1. The appearing parties does not have any objection to debtor's request for relief in the above captioned petition.

**WHEREFORE** it is pray to the Honorable Court grant this motion, and in its consequences enter an order for relief in the above captioned case.

**I HEREBY CERTIFY:** That today copies of this notice had been electronically mailed to debtor, William Santiago Sastre, Esq., debtor's attorney and US Trustee's Office.

In Coamo, Puerto Rico, this 4 day of February 2009.

JORGE RAFAEL COLLAZO SANCHEZ
USDC-PR: 127203
PO BOX 1494
COAMO, PR 00769
TEL: (787) 825-7161
FAX: (787) 825-7122
e-mail: coa@prtc.net