IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EL LEGADO DE CHI CHI RODRIGUEZ GOLF
RESORT, S.C., S.E.

XX-XXX5915

Debtor(s)

CASE NO. 08-08321 BKT
CHAPTER 11
INVOLUNTARY CASE

FILED & ENTERED ON 02/06/2009

ORDER

The motion in compliance with court's order to show cause, filed by Joaquin Lopez Camara, Potrero Matos, Inc., and T-MG, Inc. (docket #26) is NOTED.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 6th day of February, 2009.

Brian K. Tester
U.S. Bankruptcy Judge

CC:   DEBTOR
      ISABEL RODRIGUEZ CASELLA
      JORGE COLLAZO SANCHEZ
      UST